UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

**RHONDA THOMAS**                                    **CASE NO. 3:22-CV-05586**

**VERSUS**                                           **JUDGE JAMES D. CAIN, JR.**

**ALLSTATE VEHICLE & PROPERTY**                      **MAGISTRATE JUDGE LEBLANC**
**INSURANCE CO ET AL**

### MEMORANDUM RULING

Before the Court is a "Motion to Dismiss with Prejudice" (Doc. 21) wherein, Defendant, Allstate Vehicle and Property Insurance Company and the Allstate Corporation ("Allstate") move the Court to dismiss this lawsuit with prejudice. Plaintiff, Rhonda Thomas, has not filed an opposition to the Motion and the time for doing so has now lapsed.

### INTRODUCTION

In this lawsuit, Plaintiff alleged, through counsel with the McClenny Mosely & Associates law firm that Allstate underpaid and/or untimely paid covered losses under a policy of insurance it allegedly issued. On January 25, 2024, this Court adopted the Report and Recommendation of the Magistrate Judge to dismiss the lawsuit without prejudice because Plaintiff failed to appear at hearing previously set by the Magistrate Judge.[1]

In the Judgment dismissing the case without prejudice, this Court expressly stated that the civil action may be reinstated within 30 days for good cause shown.

### LAW AND ANALYSIS

---
[1] See Docs. 18 and 20.

Plaintiff did not respond to this Court's Judgment and proceed to have this civil action reinstated within the 30-day deadline. As such, Allstate now moves to have Plaintiff's claims dismissed with prejudice. The Court finds that Allstate is entitled to have this suit dismissed with prejudice.

## CONCLUSION

For the reasons explained herein, the Court will grant Allstate's Motion to Dismiss with Prejudice (Doc. 21) and dismiss Plaintiff's claims with prejudice, at Plaintiff's costs.

**THUS DONE AND SIGNED** in Chambers on this 26th day of April, 2024.

JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE